# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| KIMBERLY TAYLOR,<br>   Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>   Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-758-D** |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 17] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 19] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 13, 2013,** WITH A COPY TO:

Rachel C. Lane (via CM/ECF electronic notification)
Michael A. Haar (via CM/ECF electronic notification)

| | |
|---|---|
| <u>March 13, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/Debby Sawyer</u><br>(By) Deputy Clerk |

Raleigh, North Carolina